# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HAROLD STONEBARGER,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:06-CV-01413-JCM-(GWF)

**ORDER**

    Petitioner having submitted a motion for enlargement of time to respond to motion to dismiss (second request) (#76), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time to respond to motion to dismiss (second request) (#76) is **GRANTED**. Petitioner shall have through September 3, 2010, to file and serve a response to respondents' motion to dismiss (#62).

    DATED: August 26, 2010.

_____
JAMES C. MAHAN
United States District Judge